SCHOCK & SCHOCK, alc.
210 So. Orange Grove Blvd. Suite 200
Pasadena, CA 91105
626-298-6446
fax 626-298-6447
[bar no. 48632, 52781]

Attorney for Debtor

FILED

SEP 10 2008

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re:

FEY 240 NORTH BRAND, LLC, a California Limited Liability company;

    Debtor

Bankruptcy No. LA08-19512 

Chapter 11

RESPONSE TO MOTION TO CONVERT OR DISMISS

DATE: SEPTEMBER 17, 2008
TIME: 10:30 AM
PLACE: 1375, 13TH FLR.

To the Court and to the United States Trustee:

Response to United States Trustee's Motion to Dismiss:

The basis for the Motion to Dismiss is set forth in the motion filed on or about July 16, 2008. The debtor believes that it has complied with or has been excused form all of the requirements set forth in the Trustees Motion except for item 1, "To date, no disclosure Statement or Plan of Reorganization has been submitted by the Debtor"

This is somewhat unique matter as it does not involve a dispute between the debtor and its creditors but rather a dispute between the debtor and one of its tenants. That tenant

1  is Glendale Career Schools Inc. The debtor and Glendale Career
2  Schools Inc., [as it later turned out a nonexistent entity]
3  entered into a lease in 2004 for two floors of the property.
4  However, the lease was not to actually commence until numerous
5  contingencies occurred. As part of the lease and amendments
6  thereto Glendale Career Schools Inc., was given a Deed of Trust
7  to secure its potential claims against the debtor. The
8  contingencies never occurred, the lease never commenced and
9  Glendale Career Schools Inc., never took possession of the
10 premises.
11     However, Glendale Career Schools, Inc., sought to foreclose
12 on its deed of trust. When the parties were unable to resolve
13 their dispute, the debtor filed an action in the Los Angeles
14 Superior Court to enjoin the foreclosure sale. Fey 240 North
15 Brand LLC, vs. Glendale Career Schools, Los Angeles Superior
16 Court case number BC 392006. The Superior Court issued a
17 Temporary Restraining Order to delay the foreclosure sale and
18 granted the debtors a preliminary injunction to prevent the
19 foreclosure sale. However, the Superior Court required a bond of
20 $2,000,000.00 to be posted. When the debtor was unable to secure
21 the bond, it filed this matter to prevent the improperly noticed
22 foreclosure sale from proceeding, while the dispute was
23 resolved, and a plan for reorganization could be proposed.
24     However, a plan cannot be proposed until it is determined
25 if Glendale Career Schools, Inc., is a valid creditor, a secured
26 creditor or an unsecured creditor. In the interim the debtor is
27 making the payments to the secured creditors, filing the
28 required reports with the trustee, seeking to lease out the two

2

RESPONSE TO MOTION TO CONVERT OR DISMISS

1 | floors to new tenants, which along with the present tenant, 24
2 | Hour Fitness, will provide most likely sufficient cash flow to
3 | propose a 100% plan.
4 |     If the United States Trustee feels there are any other
5 | deficiencies in the Chapter 11 filings and document the debtor
6 | will seek to provide the needed information.
7 | Date: September 9, 2008        Respectfully Submitted
                                                  Schock & Schock, Alc
8 |                                                   By:
                                                      John F. Schock
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

3

RESPONSE TO MOTION TO CONVERT OR DISMISS

1                      **PROOF OF SERVICE**
                          **1013A CCP**

2

3   STATE OF CALIFORNIA

4   COUNTY OF LOS ANGELES

5   I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 210 So Orange Grove Blvd. Suite 2300, Glendale, California; on September 9, 2008, I served the attached:

8             "RESPONSE TO MOTION TO CONVERT OR DISMISS

9   by placing a true copy thereof in an envelope addressed as to the parties set forth on exhibit A hereto, which envelope was then sealed and postage fully prepaid thereon, and thereafter was on the date this Declaration is executed deposited in the United States mail in Pasadena, California; that there is a delivery service by United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.
     I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on September 9, 2008, at Pasadena, California.

                                               /s/ Margaret Schock
                                             Margaret Schock

| | |
|---|---|
| 1 | Requests for Notice |
| 2 | Kenneth N. Russak |
| 3 | Frandzel Robins Bloom & Casto |
|   | 6500 Wilshire Blvd |
| 4 | Seventeenth Floor |
|   | Los Angeles, CA 90048-4920 |
| 5 | |
|   | Mitch Ludwig |
| 6 | Knapp, Peterson, & Clarke |
|   | 500 North Brand Blvd. |
| 7 | 20th floor |
|   | Glendale CA 91203-1904 |
| 8 | |
| 9 | Peter C. Anderson, United States Trustee |
|   | Ron Maroko, Trial Attorney |
| 10 | 725 S. Figueroa Street |
|   | Suite 2600 |
| 11 | Los Angeles CA 90017 |

6

RESPONSE TO MOTION TO CONVERT OR DISMISS