| | |
|---|---|
| PETER C. ANDERSON<br>UNITED STATES TRUSTEE<br>RON MAROKO, Trial Attorney (State Bar No. 124770)<br>OFFICE OF THE UNITED STATES TRUSTEE<br>725 S. Figueroa Street, Suite 2600<br>Los Angeles, California 90017<br>(213) 894-4520            (213) 894-2603 Fax | FOR COURT USE ONLY<br>ORDER<br>Revised 11/07 Word<br><br>**FILED & ENTERED**<br>**SEP 19 2008**<br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY may      DEPUTY CLERK** |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA**<br>**Los Angeles Division** | |
| In re:<br>    Fey 240 North Brand, LLC,<br>                                    Debtor(s). | |
| **ORDER DISMISSING CASE FOLLOWING HEARING ON U.S. TRUSTEE'S MOTION UNDER 11 U.S.C. § 1112(b); JUDGMENT FOR UNPAID QUARTERLY FEES** | CHAPTER 11<br>CASE NO. 2:08-bk-19512-AA<br>    DATE:  September 17, 2008<br>    TIME:  10:30 A.M.<br>    CTRM:  1375 |

The Court heard the United States Trustee's motion under 11 U.S.C. §1112 at the above date and time. Appearances were as follows: Ron Maroko, Esq. for the United States Trustee. Other appearances were as noted on the record.

**The Court orders, good cause appearing to grant the motion:**

1.  Motion Granted: This case is hereby dismissed pursuant to 11 U.S.C. §1112(b).

2.  Judgment is granted in favor of the United States Trustee in the amount of $650.00. (2nd and 3rd quarters, 2008 unpaid quarterly fees).

###

DATED: September 19, 2008

*Alan M. Ahart*
United States Bankruptcy Judge

## **DECLARATION OF SERVICE**

I am employed in Los Angeles County, California, in the Office of the United States Trustee under the supervision of a member of the bar at this Court under whose direction the service was made. I am a United States citizen, over eighteen years of age, not a party to the above-entitled action. My business address is the Office of the United States Trustee, 725 S. Figueroa Street, Suite 2600, Los Angeles, CA 90017.

On September 18, 2008, I served a true copy of the within **ORDER DISMISSING CASE FOLLOWING HEARING ON U.S. TRUSTEE'S MOTION UNDER 11 U.S.C. § 1112(b); JUDGMENT FOR UNPAID QUARTERLY FEES** on the interested parties at his or their known address by U.S. mail addressed as follows:

**DEBTOR:**
Fey 240 North Brand LLC
Attn: Greg Galletly, Manager
210 South Orange Grove
Pasadena, CA 91105

**DEBTOR'S COUNSEL:**
John P. Schock, Esq.
210 S. Orange Grove #200
Pasadena, CA 91105

**COUNSEL FOR PARTY PRESENT AT HEARING:**
Lowell John Dosch, Esq.
301 N. Lake Ave., 10th Fl.
Pasadena, CA 91101

I declare under penalty of perjury that the foregoing is true and correct.


DATED: 9/18/08

                                                        _____/s_____
                                                            Helen Cruz

## SERVICE LIST FOR ENTERED ORDER

| **SERVED ELECTRONICALLY** | **SERVED BY U.S. MAIL** |
|---|---|
| **UNITED STATES TRUSTEE**<br>Office of United States Trustee<br>ATTN: RON MAROKO<br>725 South Figueroa St., 26th Fl.<br>Los Angeles, CA 90017 | **DEBTOR:**<br>Fey 240 North Brand LLC<br>Attn: Greg Galletly, Manager<br>210 South Orange Grove<br>Pasadena, CA 91105<br><br>**DEBTOR'S COUNSEL:**<br>John P. Schock, Esq.<br>210 S. Orange Grove #200<br>Pasadena, CA 91105<br><br>**COUNSEL FOR PARTY PRESENT AT HEARING:**<br>Lowell John Dosch, Esq.<br>301 N. Lake Ave., 10th Fl.<br>Pasadena, CA 91101 |