# UNITED STATES BANKRUPTCY COURT
## Central District Of California

| Debtor(s) Name:<br><br>**Fey 240 North Brand LLC** | For Court Use Only<br><br>**FILED**<br><br>October 17, 2008<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY TDM DEPUTY CLERK |
|---|---|
| **Chapter: 11**<br><br>**Case Number: 2:08–bk–19512–AA** | # ORDER CLOSING CASE |

*An Order dismissing the above referenced case was entered on 09/19/2008, and notice was provided to parties in interest. Since it appears that no further matters are required that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the case is closed.*

*Dated: 10/17/08*                                                                    *By Order of the United States Bankruptcy Court*


**Jon D. Ceretto**
*Clerk of Court*


23/ TDM